IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FOXWORTHY, INC.,

   Plaintiff,

    v.

CMG LIFE SERVICES, INC., et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:11-CV-2682-TWT

ORDER

    This is a breach of contract action. It is before the Court on the Defendant's Motion for Clarification [Doc. 30] which is GRANTED. The case is dismissed as to all Defendants except CMG Surety LLC.

    SO ORDERED, this 24 day of January, 2013.

                  /s/Thomas W. Thrash
                  THOMAS W. THRASH, JR.
                  United States District Judge