UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| FOXWORTHY, INC., )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>CMG SURETY LLC, )<br>)<br>   Defendant. )<br>_____ ) | Case No. 1:11-CV-02682-TWT |

**STIPULATION OF DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Foxworthy, Inc., and Defendant CMG Surety LLC, the parties to this action, hereby stipulate to the voluntary dismissal of this case with prejudice. Each party will bear their own costs and attorneys' fees in this matter.

Respectfully submitted, this 22nd day of May 2013.

/s/ William P. Langdale, III
William P. Langdale, III
Georgia Bar No. 435910
Robert Plumb, Jr.
Georgia Bar No. 582273
J. Daniel Schert
Georgia Bar No. 629176
LANDALE VALLOTTON, LLP
1007 N. Patterson Street
Valdosta, Georgia 31603
*Counsel for Plaintiff*

/s/ Lisa R. Bugni
Todd R. David
Georgia Bar No. 206526
Lisa R. Bugni
Georgia Bar No. 143077
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309-3424
Tel:  (404) 881-7000
Fax:  (404) 881-7777
*Counsel for Defendant*